**Order entered February 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00006-CV

### IN RE IC, JAMES DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relator's January 3, 2019 petition for writ of mandamus. This original proceeding is one of multiple proceedings filed in relation to the underlying suit affecting the parent-child relationship ("SAPCR") and pending in this Court. *See* 05-18-00629-CV, 05-18-01125-CV, and 05-18-01368-CV. In each of these proceedings, relator complains, at least in part, of orders enforcing a fee provision in the parties' divorce decree. On the Court's own motion, we conclude this proceeding should be consolidated into cause number 05-18-00629-CV.

Accordingly, we **ORDER** cause number 05-19-00006-CV **CONSOLIDATED** into cause number 05-18-00629-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-19-00006-CV and refile them in cause number 05-18-00629-CV and to treat

cause number 05-19-00006-CV as a closed case.  We **ORDER** that all future pleadings be filed in and bear only cause number 05-18-00629-CV.

The Court will issue a briefing schedule in cause number 05-18-00629-CV in due course.


/s/     ADA BROWN
        JUSTICE